UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LISA MAZUR d/b/a LISA MAZUR DESIGN,       CASE NO. 06 CV 4278
                Plaintiff(s),

    -against-

                                            **AFFIDAVIT OF SERVICE**

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,
                Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                            :
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 8th day of June, 2006, at approximately 4:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; JUDGE'S RULES and ECF FILING INSTRUCTIONS** upon AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE at 501 Fifth Avenue, Suite 1600, New York, New York by personally delivering and leaving the same with Donald Eckert, Director of Finance, who is authorized by law to accept service.
      Donald Eckert is a white male, approximately 68 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 170 pounds, with medium length silver hair and blue eyes was wearing glasses.

Sworn to before me this
9th day of June, 2006                           JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010