```
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------X
LIZA MAZUR d/b/a LISA MAZUR DESIGN          Case No. 06 CV 4278
                                                (Holwell, J.)
            Plaintiff,
                                            Rule 7.1 Statement
      -against-

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE

            Defendant.
-----------------X
```

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American University of Antigua College of Medicine (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　　None

　　　　　　　　　　　　　　　　　　　Leonard A. Sclafani, P.C.
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　18 East 41st Street - Suite 1500
　　　　　　　　　　　　　　　　　　　New York, New York 10017

Date:    July 7, 2006          <u>Leonard A. Sclafani  (8306)</u>

Leonard A. Sclafani, attorney for defendant hereby affirms, under the penalty of perjury, as follows:

     On July 7, 2006 I caused to be served the within **RULE 7.1 STATEMENT** by depositing a true copy thereof enclosed in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:   Frank J. Martinez
       THE MARTINEZ GROUP PLLC
       Attorneys for Plaintiff
       55 Poplar Street-Suite 1-D
       Brooklyn Heights, NY 11201

<u>Leonard A. Sclafani  (8306)</u>