```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
LISA MAZUR,                                          :    06 Civ. 04278 (RJH)
:
              Plaintiff,                      :
:
    -against-                                          :    **ORDER**
:
AMERICAN UNIVERSITY of ANTIGUA                       :
( COLLEGE of MEDICINE ),                             :
:
              Defendant.                       :
:
------------------------------------------------------------x

       The pretrial conference scheduled for August 17, 2006 is rescheduled to September 06, 2006, at 09:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 14, 2006

                                SO ORDERED:

                                _____
                                Richard J. Holwell
                                United States District Judge