UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LISA MAZUR d/b/a LISA MAZUR DESIGN,

         Plaintiff,

-v-

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,

         Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/06

06 cv 4278 (RJH)

~~06 CV 4287 (RJH)~~

ORDER

~~Proposed~~ Order
(Fed. R. Civ. P. 41 (a)(1)(ii))

The Court has reviewed the Stipulation set forth and the terms and conditions of the Settlement Agreement transmitted with this Order, and the same being incorporated in this Order as if fully set forth herein. Good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The above-captioned Action, is hereby dismissed with prejudice;
2. The dismissal is expressly conditioned upon the terms and conditions set forth in the Settlement Agreement annexed hereto, and which is hereby incorporated into this Order;
3. This Court retains jurisdiction of this Action for the purpose of taking any measure needed to enforce the terms of the above-referenced and incorporated Settlement Agreement; and
4. Except as may be otherwise provided for in the Settlement Agreement, each party is to bear its own costs.

SO ORDERED:

Dated: 9/4/06

By: _____
RICHARD J. HOLWELL, USDJ

{00005635}                                                 5